# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Leda Dunn Wettre |
| v. | Mag. No. 20-13016 |
| LAMAR WEST | **Criminal Complaint** |

I, Angel Casanova, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached page and made a part hereof.

_____
Angel Casanova
Bureau of Alcohol Tobacco
Firearms & Explosives

Sworn to before me and subscribed in my presence,
January 7th, 2020 in Essex County, New Jersey

HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

### Count One
(Illegal Possession of a Machinegun)

On or about October 12, 2019, in Essex County, in the District of New Jersey and elsewhere, defendant

### LAMAR WEST

did knowingly possess a machinegun, that is, a .40 caliber Polymer 80 pistol, bearing no serial number, equipped with the slide of a Glock 27, bearing serial number BRZ864, with a clear extended magazine, as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

**ATTACHMENT B**

  I, Angel Casanova, am a Task Force Officer with the Bureau of Alcohol Tobacco Firearms & Explosives ("ATF"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement is investigating an armed robbery (the "Robbery") that occurred on December 5, 2019 at a cell phone store ("Store-1") located on McCarter Highway, in Newark. During the Robbery, two armed suspects (the "Robbery Suspects") removed a number of cellular devices (the "Devices") from Store-1's safe.

2. Following the Robbery, law enforcement apprehended the Robbery Suspects several blocks from Store-1 after they attempted to flee on foot from a 2018 white Ford Fusion (the "Vehicle"). A lawful search of the vehicle produced, among other items, the Devices taken during the Robbery, as well as a wallet containing a New Jersey I.D. for Lamar West ("WEST").

3. Also recovered from the Vehicle was a .40 caliber Polymer 80 pistol, bearing no serial number, equipped with the slide of a Glock 27, bearing serial number BRZ864, with a clear extended magazine (the "Machinegun"). The weapon recovered in the Vehicle matched the description of the weapon used in the robbery.

4. Law enforcement later determined the Machinegun was fitted with a Glock conversion device commonly referred to as "Glock Switch." A Glock Switch has the effect of converting a semiautomatic Glock pistol into a machinegun, as defined in 26 U.S.C. § 5845(b), which is incorporated by reference by 18 U.S.C. § 921(a)(23). That is, it is a "part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun."

5. A search of WEST's iPhone, obtained pursuant to a search warrant, see Mag. No. 19-6151, revealed a text message exchange between WEST and another individual on or about October 12, 2019. During the text exchange, WEST sends two photos, taken from his iPhone, of the Machinegun, used during the Robbery.

6. In the text message exchange, WEST writes "it has a switch on the back you can shoot one at a time or three at a time I'm out here acting crazy." WEST goes on to add "I paid 1200."

7. The search warrant further revealed that the photos taken on WEST's iPhone were taken from a location within 100 feet of WEST's home address.